FILED - MQ
February 27, 2019 9:55 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk         / scanned

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Kevin Theriot 423068 _____

_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

2:19-cv-53
Janet T. Neff, U.S. District Judge
Timothy P. Greeley, Magistrate Judge

v.
Unknown Marshall, Paul L. Malone, Unknown Holmes, Unknown Herrala, Unknown Coronado

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

_____

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? _____

_____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: _____

_____

II. **Place of Present Confinement** _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined: N/A

_____

-1-

III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Kevin Theriot**

Address **Baraga Corr. Faci. 13924 Wadaga Rd Baraga MI 49908-9204**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 **Unknown Marshall**
Position or Title **Deputy Warden**
Place of Employment **Baraga Corr. Faci.**
Address **Same as plaintiff**
Official and/or personal capacity? **Both**

Name of Defendant #2 **Paul L. Maloney**
Position or Title **Judge**
Place of Employment **U.S. District Court**
Address **229 Post Office and Federal Building P.O. Box 698 Marquette MI 49855**
Official and/or personal capacity? **Both**

Name of Defendant #3 **Unknown Holma**
Position or Title **Officer**
Place of Employment **Baraga Corr. Faci.**
Address **Same as plaintiff**
Official and/or personal capacity? **Both**

Name of Defendant #4 **Unknown Hermila**
Position or Title **Officer**
Place of Employment **Baraga Corr. Faci.**
Address **Same as plaintiff**
Official and/or personal capacity? **Both**

Name of Defendant #5 **Unknown Cordonado**
Position or Title **Officer**
Place of Employment **Baraga Corr. Faci.**
Address **Same as plaintiff**
Official and/or personal capacity? **Both**

-2-

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On 2-16-19, Deputy Warden Marshall approached my cell along with officers Holma and Cordonado and said "I just got off the phone with Judge Paul L. Maloney and he said you are appealing his decision in Case No 2:18-cv-92 and not letting it go like we all predicted and want. The Judge told us to make you stop, by any means." I said "You have to believe me, I'm through with the lawsuits." Marshall said "Yeah, we heard that before but Letoz is telling me different." He then turned around and said to officers Cordonado and Holma, "Go in there and get him." My door was then opened and Holma and Cordonado ran inside and began to strike me while I hovered on the floor. Then I was dragged out after being hand cuffed behind my back. I was taken outside the perimeter gate and cuffed to the door on a gun tower. Marshall, Holma, and Cordonado then ran away. From a distance I could see the perimeter truck heading towards me in great speed. Marshall yelled, "Say you quit or I'll let the truck strike you." I already began yelling "I'll quit, I'll quit." Marshall then calmly and very slowly grabbed the walkie talkie at his hip and spoke in it, "Stop." By then the car was extremely close and traveling towards me in great speed. The truck began to turn either as it began to stop, trying to the side. The truck stopped maybe three feet away from me as I was almost hit. Because of this, my life is in imminent danger, and this was done to stop me from pursuing with lawsuits, the illegal gassing on 1-29-17 and the illegal placement in segregation on 4-29-16. As I was being returned to my cell, officer Hermila, who was driving the truck came to escort me back, trading places with Holma. When I was placed in my cell, still with the cuffs on, door closed, Hermila was the one with his hands through the food slot and he stuck his finger up my butt and said "You know, I couldn't leave without doing that." Paul L. Maloney was the orchestrater of this assault as so said by Deputy Warden Marshall. There is a affidavit in support attached to this complaint.

(Last Revised: June 2013)

**V. Relief**

State briefly and precisely what you want the court to do for you.

I would like to be financially compensated.

2-11-19
Date

*[signature]*
Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

Kevin Theriot #230068
Baraga Maximum
13924 Wadaga Rd.
Baraga, MI 49908

7 complaints

U.S. District Court
229 Post Office and Federal Building
P.O. Box 698
Marquette, MI 49855

